FILED
CLERK, U.S. DISTRICT COURT

Jun 24, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

INMATE # F14030

CHARLES W. WINDHAM,

PLAINTIFF(S)

v.

RONALD FRANKLIN, et al.,

DEFENDANT(S)

CASE NUMBER

CV 16-4375-SVW (JEM)   JS-6

**ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

**IT IS ORDERED** that the Request to Proceed Without Prepayment of Filing Fees is hereby GRANTED.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

_____   _____
Date                      United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed Without Prepayment of Filing Fees be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency.
- ☒ Failure to authorize disbursements from prison trust account to pay filing fee.
- ☒ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☐ District Court lacks jurisdiction.
- ☐ Other _____

- ☐ Frivolous, malicious, or fails to state a claim upon which relief may be granted.
- ☐ Seeks monetary relief from a defendant immune from such relief.
- ☐ Leave to amend would be futile.
- ☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. *See O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:
Plaintiff states that prison trust office refused to certify the amount in his trust fund account. However, Plaintiff should include a copy of his trust fund statement for the last six months, even if it is not certified.

6/23/16
Date

John E. McDermott
United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed Without Prepayment of Filing Fees is:

- ☐ **GRANTED. IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

- ☒ **DENIED**, and this case is hereby DISMISSED.

- ☐ **DENIED with leave to amend within 30 days.** Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number. If plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED.

June 24, 2016
Date

Stephen V. Wilson
United States District Judge

CV-73P (03/16)   ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

UNITED STATES DISTRICT COURT
CENTRAL ~~EASTERN~~ DISTRICT OF CALIFORNIA

— COPY —

CHARLES WINDHAM,
Plaintiff / Petitioner,
vs.
RONALD FRANKLIN,
Defendants / Respondent(s).

**APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

CASE NUMBER: CV16-4375


FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2016
(JEM)
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I, **Charles Windham**, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. **CHCF-STOCKTON**

   Have the institution fill out the Certificate portion of this application.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your pay. —

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   **2002 / $5K**

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?  ☐ Yes  ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed. _____

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A —

I declare under penalty of perjury that the above information is true and correct.

6-10-16                     Charles Windham
DATE                        SIGNATURE OF APPLICANT

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

_____            _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

← THIS INFO REFUSED BY PRISON TRUST OFFICE. (CW)

ifpform.hab (rev. 7/02)

Appendix 14-I, page 3